UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LARRY DENNELL MONK II and ) <br> A.R.L.M., a minor, ) <br>         Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> STATE OF NORTH CAROLINA, ) <br> HARNETT COUNTY CHILD SUPPORT ) <br> ENFORCEMENT, TIFFANY MICHELLE ) <br> MCNEILL and JOHN DOES 1 TO 100, ) <br>         Defendants. ) | **JUDGMENT** <br><br> No. 5:12-CV-770-BO |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, US District Court Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the court ADOPTS the Magistrate Judge's recommendations. Therefore, this matter is DISMISSED.

**This Judgment Filed and Entered on April 25, 2013, and Copies To:**

Larry Dennell Monk, II (2335 Adcock Road, Lillington, NC 27546)
A.R.L.M. (41 American Legion Road, Lillington, NC 27546)

DATE                                                                JULIE A. RICHARDS, CLERK
April 25, 2013                                                      /s/ Susan K. Edwards
                                                                    (By) Susan K. Edwards, Deputy Clerk